# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

OWEN GREGORY, a single man,

**E-filing**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC (fka G.D. SEARLE & CO.),

**CRB**

TO: (Name and address of defendant)

PFIZER, INC.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lowell W. Finson
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Tel: (602) 258-8900 ext. 295

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 2-29-08

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                       Date                                                     Signature of Server

                                                                                _____
                                                                                Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

OWEN GREGORY, a single man, | SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC (fka G.D. SEARLE & CO.),



TO: (Name and address of defendant)

PHARMACIA CORPORATION
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lowell W. Finson
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Tel: (602) 258-8900 ext. 295

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  2-29-08

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | **RETURN OF SERVICE** | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE |
| Name of SERVER | | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                       Date                                             Signature of Server

                                                                _____
                                                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

OWEN GREGORY, a single man,   **E-filing**

V.

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC (fka G.D. SEARLE & CO.),

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV

**CRB**

TO: (Name and address of defendant)

G.D. SEARLE LLC (fka G.D. SEARLE & CO.)
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lowell W. Finson
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Tel: (602) 258-8900 ext. 295

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 2-29-08

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                        Date                                                Signature of Server

                                                                                     _____
                                                                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure